**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10162 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-00924-JGZ |
| v. | |
| JOEL ALEXIS ROMERO-GIRON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted June 12, 2014[**]

Before:    McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Joel Alexis Romero-Giron appeals from the district court's judgment and

challenges his jury-trial conviction and 51-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Romero-Giron's counsel has filed a brief stating that there are no

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Romero-Giron the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Romero-Giron's pro se motion for appointment of new counsel is **DENIED.**

The government's motion to allow late filing of the *Anders* letter is **GRANTED.**

**AFFIRMED.**